UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CHANNY VAY <br>     Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY, <br>     Defendant. | C.A. 16-cv-460-JJM-PSA |

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Patricia A. Sullivan in a Social Security Disability Insurance Benefits case. ECF No. 19. Magistrate Judge Sullivan recommends that claimant Channy Vay's Motion to Reverse (ECF No. 11) be granted and that the Commissioner's Motion to Affirm (ECF No. 17) be denied. The Commissioner has filed an objection to the R&R. ECF No. 20.

This Court has reviewed de novo the record, the motions and briefing, the R&R, and the objection thereto, and has concluded that for the reasons stated in the Magistrate Judge's excellent, thorough, well-reasoned, and legally-sound R&R, the Court adopts the R&R as its own order, and GRANTS Ms. Vay's Motion to Reverse (ECF No. 11) and DENIES the Commissioner's Motion to Affirm. ECF No. 17.

IT IS SO ORDERED:

_____
John J. McConnell, Jr.
United States District Judge

Date: January 8, 2018